IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TLI COMMUNICATIONS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-1935 (GMS) |
| YAHOO! INC. and TUMBLR, INC., | ) ) ) |
| Defendants. | ) |

### **DEFENDANT TUMBLR, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Tumblr Inc. discloses that Yahoo! Inc. owns 100% of its stock.

                                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                            */s/ Jack B. Blumenfeld*

                                                            Jack B. Blumenfeld (#1014)
                                                            Regina S.E. Murphy (#5648)
                                                            1201 North Market Street
                                                            P.O. Box 1347
                                                            Wilmington, DE  19899
                                                            (302) 658-9200
                                                            jblumenfeld@mnat.com
                                                            rmurphy@mnat.com

                                                            *Attorney for Defendants*

OF COUNSEL:

Daralyn J. Durie
Ryan M. Kent
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
(415) 362-6666

January 17, 2014
7839923.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 17, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert A. Whitman, Esquire<br>Mark S. Raskin, Esquire<br>MISHCON DE REYA NEW YORK LLP<br>750 Seventh Avenue, 26th Floor<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)